■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHNNY LYNCH, Appellant. [44 NYS3d 910]—Judgment, Supreme Court, New York County (Herbert J. Adlerberg, J.H.O., at hearing; Charles H. Solomon, J., at plea and sentencing), rendered April 27, 2010, convicting defendant of criminal possession of a controlled substance in the fourth degree, and sentencing him to a term of one year, unanimously affirmed.

The court properly denied defendant's suppression motion. There is no basis for disturbing the factfinder's credibility determinations, including the finding that an officer smelled the odor of marijuana emanating from defendant's car during a traffic stop. Concur—Friedman, J.P., Richter, Saxe, Moskowitz and Kapnick, JJ.

■ GREG WALTMAN, Appellant, et al., Plaintiff, v TIME WARNER INC. et al., Respondents. [44 NYS3d 911]—Appeals from orders, Supreme Court, New York County (Debra A. James, J.), entered May 21, 2015 and October 2, 2015, which granted defendants' respective motion to dismiss the complaint and enjoined the individual plaintiff from initiating any further litigation on any claim against defendants without prior approval of the Administrative Judge of the court in which plaintiff seeks to bring further litigation, deemed to be appeals from the subsequent judgments (CPLR 5501 [c]), same court and Justice, entered February 10, 2016, and August 18, 2016 dismissing the complaint, and as so considered, said judgments unanimously affirmed, without costs.

Plaintiffs' complaint is barred under res judicata, since a judgment on the merits exists from a prior action between the same parties involving the same subject matter (*Matter of Hunter*, 4 NY3d 260, 269 [2005]).

The motion court properly enjoined the individual plaintiff to the extent indicated (*Matter of Sud v Sud*, 227 AD2d 319, 319 [1st Dept 1996]). Concur—Friedman, J.P., Richter, Saxe, Moskowitz and Kapnick, JJ.